IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,         )
                      )
    Plaintiff-Appellant,   )
                      )   Case No.: CV 622-036
vs.                   )
                      )   Appeal No.: 23-10798
TIMOTHY WARD, Commissioner, )
et al.,               )
                      )
    Defendants-Appellees.  )

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___24th___ day of April 2023.

HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA