IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) CASE NUMBER: CV622-36 |
| TIMOTHY WARD et al., | ) ) ) |
| Defendant | ) |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __WASEEM DAKER__ has deposited with the Court the sum of $ __1,500.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in a non interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __10th__ day of __October__, __2024__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By: _/s/ Logan Herb_
Deputy Clerk

(Rev. 03/20)