IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,                       )
                                    )
    Plaintiff-Appellant,            )
                                    )      Case No.: CV 622-036
vs.                                 )
                                    )      Appeal No.: 24-13121
TIMOTHY WARD, Commissioner,         )
et al.,                             )
                                    )
    Defendants-Appellees.           )

_____

O R D E R

_____

The appeal in the above-styled action having been dismissed by

the United States Court of Appeals for the Eleventh Circuit for want

of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States

Court of Appeals for the Eleventh Circuit is made the order of this

Court.

SO ORDERED, this ____28th____ day of October 2024.

_____
HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA